10-1826-cr
United States v. Gonzalez

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of March, two thousand eleven.

PRESENT: DENNIS JACOBS,
                              <u>Chief Judge</u>,
               ROSEMARY S. POOLER,
               PETER W. HALL,
                              <u>Circuit Judges</u>.

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,
         <u>Appellee</u>,

         -v.-                                          10-1826-cr

ESTEBAN GONZALEZ,
         <u>Defendant-Appellant</u>,

ALFREDO COLON,
         <u>Defendant</u>.
- - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| **FOR APPELLANT:** | Michael A. Young, New York, New York. |
| **FOR APPELLEE:** | John Jay O'Donnell, Katherine Polk Failla, Assistant United States Attorneys, *for* Preet Bharara, United States Attorney |

for the Southern District of New York, New York, New York.

Appeal from a judgment of the United States District Court for the Southern District of New York (Rakoff, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

Esteban Gonzalez appeals from an amended judgment of conviction entered on May 6, 2010 in the United States District Court for the Southern District of New York (Rakoff, <u>J.</u>), following a remand from this Court. Gonzalez argues that the district court committed error in ordering that half of his sentence in the instant case be served consecutively to a sentence imposed on him in a separate proceeding. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Under the circumstances of this case, the district judge was authorized to order that Gonzalez's sentence "be imposed to run concurrently, partially concurrently, or consecutively to the prior undischarged term of imprisonment to achieve a reasonable punishment for the instant offense." U.S. Sentencing Guidelines § 5G1.3(c); <u>see also</u> 18 U.S.C. § 3584(a). The district court ordered that half of the 210-month sentence be served consecutively to a sentence imposed in a separate proceeding. <u>See</u> <u>United States v. Gonzalez</u>, No. 94 Cr. 134 (JSR), 2010 WL 1631496, at *1; <u>see also</u> No. 00 Cr. 447 (DLC), D. Ct. Doc. No. 81. This Court will not disturb a district court's decision as to how a sentence should be served "absent an abuse of discretion." <u>United States v. Matera</u>, 489 F.3d 115, 124 (2d Cir. 2007) (internal quotation marks omitted).

The record confirms that the district court understood its obligation to make an independent determination as to consecutive sentencing. The district court fulfilled this obligation by conducting a hearing pursuant to <u>United States v. Fatico</u>, 603 F.2d 1053 (2d Cir. 1979), and reasonably exercised discretion to impose a sentence that is concurrent in part and consecutive in part. <u>See</u> <u>United States v. Velasquez</u>, 136 F.3d 921, 923-24 (2d Cir. 1998). The district court made it clear that it was giving due

consideration to the factors set out in 18 U.S.C. § 3553(a). <u>See</u> 18 U.S.C. § 3584(b).

Finding no merit in any of the arguments presented by Gonzalez on appeal, we hereby **AFFIRM** the judgment of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK